# PD-0651-15

NO. _____

IN THE COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

JOSEPH MICHAEL PIERCE,           §

    (Appellant)

                               §

VS.                              §     C.O.A. NO.: 12-14-00073-CR

                               §

THE STATE OF TEXAS,

                               §

    (Appellee)

FILED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

## MOTION TO EXTEND TIME TO FILE PRO SE

## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

    NOW COMES, JOSEPH MICHAEL PIERCE, Appellant, proceeding pro se in the above styled and numbered cause, respectfully requests that this Court grant his Motion to Extend Time to File his Petition For Discretionary Review. In support thereof, Appellant would show the following:

### I.

    Appellant's conviction affirmed on April 30, 2015, by the 12th Court of Appeals in Cause No. 12-14-00073-CR. Appellant's Petition For Discretionary Review is due May 30, 2015. This is Appellant's first request for an extension of time to file his Petition For Discretionary Review.

1.

## II.

Appellant is requesting an extension of time so that Appellant may file a pro se Petition For Discretionary Review. An extension of time is necessary so that Appellant, who is not an attorney, may familiarize himself with the rules governing the filing of a Petition For Discretionary Review, adequately research his case, and draft his own PDR. This motion is not made for the purpose of delay.

## III.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this Court to grant an additional (60) sixty days, from the deadline date, to file his PDR, allowing the filing deadline date to **JULY 29, 2015.**
Executed on this __23rd__ day of __May__, 2015.

*Joseph M. Pierce*
JOSEPH MICHAEL PIERCE

## IV.

### OATH AND CERTIFICATE OF SERVICE

I, JOSEPH MICHAEL PIERCE, do declare under the penalty of perjury pursuant to Tex.Civ.Prac.Rem. Code, §132.001 - §132.003, that the facts stated herein are true and correct, and do certify that a true and correct copy of my Motion to Extend Time for Filing my PDR was served on Appellee, by U.S. Mail, postage pre-paid, addressed to: Mr. Michael West (District Attorney), 100 N. Broadway, 4th Fl., Tyler, Texas, 75702.

Executed on this __23rd__ day of __May__, 2015

*Joseph M. Pierce*
JOSEPH MICHAEL PIERCE
3060 FM 3514 #1919200
BEAUMONT, TEXAS, 77705

2